Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 3

| | |
|---|---|
| Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC<br><br>                                   **Plaintiff,**<br>   v.<br><br>**UNITED STATES,**<br>                                   **Defendant.** | **S U M M O N S**<br><br>Ct. No. 24-00025 |

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Shanghai Tainai Bearing Co., Ltd. (Exporter and Interested Party and C&U Americas, LLC (Importer and Interested Party)
   (Name and standing of plaintiff)

2. Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC contest the final results of the U.S. Department of Commerce's determination in its administrative review of Tapered Roller Bearings and Parts Thereof, Finished and Unfinished, from the People's Republic of China. (89 Fed. Reg. 1,548)(January 10, 2024). (Case No. 570-601)
   (Brief description of contested determination)

3. January 3, 2024
   (Date of determination)

4. January 10, 2024 (89 Fed. Reg. 1,548)
   (If applicable, date of publication in Federal Register of notice of contested determination)

/s/ David Craven
_____
Signature of Plaintiff's Attorney

February 9, 2024
_____
   Date

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

David Craven, Craven Tradelaw LLC
3744 N Ashland, Chicago, IL 60613
(773)709-8506
david.craven@tradelaw.com

**SEE REVERSE SIDE**

Form 3-2

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

SERVICE OF SUMMONS BY THE CLERK

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Gina Raimondo
c/o Robert Heilferty, Esq.
Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20444