# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE STEPHEN A. VADEN, JUDGE

| | |
|---|---|
| SHANGHAI TAINAI BEARING CO., LTD. & C&U AMERICAS, LLC, <br><br> and <br><br> ZHEJIANG JINGLI BEARING TECHNOLOGY CO., LTD., <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>    Defendant. | Court No. 24-00025 |

## DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits this status report to inform the Court of recent developments concerning a preliminary injunction order entered in this action.

On April 5, 2024, this Court consolidated case nos. 24-00025 and 24-00038, under lead case no. 24-00025. Order ECF No. 15. Prior to consolidation, the Court issued preliminary injunctions in each of the member cases. Relevant here, a preliminary injunction was entered in case no. 24-00038 on March 25, 2024. ECF No. 12. This order enjoined defendant "from issuing instructions to liquidate or making or permitting of any unliquidated entries of Tapered Roller Bearing and Parts Thereof." ECF No. 12 at 2. The order also expressly contemplates that if "any entries [are] inadvertently liquidate[d] after this order is signed but before this injunction is fully implemented by U.S. Customs and Border Protection shall be promptly returned to unliquidated status and suspended in accordance with this injunction." ECF No. 12 at 3.

On August 12, 2024, counsel for the United States was contacted by counsel for plaintiff Shanghai Tainai Bearing Co., Ltd, who stated that he believed that certain entries within the period of review had been liquidated in violation of the preliminary injunction order. Over the coming days, officials at the U.S. Department of Commerce and U.S. Customs and Border Protection (CBP) investigated this liquidation and concluded the entries liquidated were subject to the preliminary injunction order and were inadvertently liquidated. This work was complete by August 15, 2024, and CBP provided notice that the entries were now back in suspended status the next day. Shanghai Tainai Bearing Co., Ltd, through counsel, represents this is a satisfactory solution.

August 21, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

OF COUNSEL:

Jesus N. Saenz
Attorney
Department of Commerce
Office of the Chief Counsel
for Trade Enforcement & Compliance
U.S. Department of Commerce
1401 Constitution Avenue, NW
Washington, D.C. 20230
Tel: (202) 482-1823
Email: jesus.saenz@trade.gov

/s/ Tate N. Walker
TATE N. WALKER
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0163
Email: Tate.Walker@usdoj.gov

Attorneys for Defendant United States