UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. STEPHEN A. VADEN, JUDGE

| | |
|---|---|
| Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC,<br><br>       Plaintiffs,<br> and<br><br>Zhejiang Jingli Bearing Technology Co., Ltd.,<br><br>       Consolidated Plaintiff,<br><br> v.<br><br>United States,<br><br>       Defendant. | Cons. Ct. No. 24-00025 |

**PLAINTIFF'S CONSENT MOTION TO SEVER AND DISMISS**

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, Zhejiang Jingli Bearing Technology Co., Ltd. ("Zhejiang Jingli"), Consolidated Plaintiff, respectfully moves this court for an order severing and dismissing it as a consolidated plaintiff to *Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC, v. United States*., Ct. No. 24-00025.

. Accordingly, Zhejiang Jingli respectfully requests that this court take the following steps to facilitate a speedy resolution by first severing Zhejiang Jingli Bearing Technology Co., Ltd. from *Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC, v. United States*., Ct. No. 24-00025 and, second, dismissing *Zhejiang Jingli Bearing Technology Co., Ltd. v. United States*, No. 24-00038.

Additionally, we respectfully request this Court dissolve the court order for injunction, CIT 24-38, ECF 16, dated March 5, 2024, suspending liquidation for certain entries made between June 1, 2021 and May 31, 2022.

Pursuant to rules of the Court of International Trade, Zhejiang Jingli conferred with and obtained consent for this motion from all parties in this action. Specifically, on September 26, 2024, counsel for Defendant United States, and on September 23, 2024, counsel on behalf of Plaintiff Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC consented to this motion.

WHEREFORE, it is respectfully requested by Consolidated Plaintiff, Zhejiang Jingli that its motion be granted and that it be severed and dismissed as a plaintiff to this action.

Respectfully submitted,

*/s/ John J. Kenkel*
John J. Kenkel

**INTERNATIONAL TRADE LAW COUNSELORS, PLLC**
8647 Richmond Highway
Suite 623
Alexandria, Virginia 22309
Phone: (202) 390-4064
Email: IntlTradeLawCounselors@outlook.com
*Counsel to Consolidated Plaintiff Zhejiang Jingli Bearing Technology Co., Ltd.*

Dated: September 27, 2024