## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SHANGHAI TAINAI BEARING CO., LTD. and C&U AMERICAS, LLC,<br><br>*Plaintiffs*,<br><br>and<br><br>ZHEJIANG JINGLI BEARING TECHNOLOGY CO., LTD.,<br><br>*Consolidated Plaintiff*,<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant*. | Before: Stephen Alexander Vaden, Judge<br><br>Consol. Court No. 1-24-cv-00025 |

## <u>ORDER</u>

On consideration of Consolidated Plaintiff Zhejiang Jingli Bearing Technology Co., Ltd.'s Motion to Sever and Dismiss the above-captioned action, ECF No. 30, it is hereby:

**ORDERED** that Consolidated Plaintiff's Motion is **GRANTED**; it is further

**ORDERED** that *Zhejiang Jingli Bearing Technology Co., Ltd. v. United States*, No. 24-38, is **SEVERED** from *Shanghai Tainai Bearing Co., Ltd. et al v. United States*, No. 24-25;

Consol. Court No. 1-24-cv-00025                                                                                      Page 2

**ORDERED** that the injunction suspending liquidation of entries of subject imports produced or exported by Zhejiang Jingli Bearing Technology Co., Ltd. is **DISSOLVED**, Court No. 24-38, ECF No. 16; and

**ORDERED** that *Zhejiang Jingli Bearing Technology Co., Ltd. v. United States*, Court No. 24-38, is **DISMISSED**.

**SO ORDERED.**

                                                                         /s/ Stephen Alexander Vaden
                                                                         Stephen Alexander Vaden, Judge

Dated: September 30, 2024
       New York, New York