## IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| SHANGHAI TAINAI BEARING CO., LTD. ) <br> & C&U AMERICAS, LLC, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | Consol. Ct. No. 24-00025 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO FILE OUT OF TIME**

Defendant, the United States, respectfully provides notice to the Court that we consent to plaintiffs' motion to file its response brief out of time, ECF No. 53, pursuant to this Court's February 7, 2025 Order, ECF No. 51.

          Respectfully Submitted,

          BRETT A. SHUMATE
          Assistant Attorney General

          PATRICIA M. McCARTHY
          Director

          s/ Claudia Burke
          CLAUDIA BURKE
          Deputy Director

| | |
|---|---|
| OF COUNSEL:<br>JESUS N. SAENZ<br>Senior Attorney<br>Office of the Chief Counsel for Trade Enforcement and Compliance<br>U.S. Department of Commerce<br>Washington, D.C. | <u>s/ Tate N. Walker</u><br>TATE N. WALKER<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 307-0163<br>Email: Tate.Walker@usdoj.gov |
| July 24, 2025 | *Attorneys for Defendant* |