UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| Shanghai Tainai Bearing Co., Ltd. and C&U Americas, LLC,<br><br>      Plaintiffs,<br> v.<br><br>United States.<br><br>      Defendant. | Cons. Ct No. 24-00025 |

## Case Brief

Pursuant to the Court's Order directing that plaintiffs comment on the impact of the Court of Appeals decision in *Marmen v. United States* impacts this litigation.  Plaintiffs submit that the decision in *Marmen* has invalidated the Department's use of Cohen's D as part of a differential pricing analysis.  Plaintiffs have already submitted significant argument demonstrating an absence of pricing changes of the kind to necessary for the Department to use differential pricing analysis and has also objected to the use of Cohen's D.   This Court should first consider plaintiffs' argument that differential pricing analysis is inapplicable under the facts of this matter as the record shows an absence of significant price changes, and shows that price changes were limited it nature.  If this Court cannot readily make this determination, the Court should remand this matter to the Department requiring the Department to either reject the use of differential pricing analysis or, in the alternative, conduct an examination using the as-of-yet unpublished alternative to Cohen's D.

*Shanghai Tainai Bearing Co., Ltd. et. al v. United States*
Court No. 24-00025
Page 2

      A proposed order is attached hereto.

                              Respectfully submitted,

                              /s/ David J. Craven
                              David Craven
                              Craven Trade Law LLC
                              3744 N Ashland
                              Chicago, IL 60613
                              (773) 709-8506

                              *Counsel to Shanghai Tainai Bearing Co., Ltd. et. al v.*
                              *United States*

July 16, 2025